IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANDREW JEROME HARRELL,

       Appellant,

v.

Case No.  5D22-524
LT Case No. 05-2009-CF-071178-A-X

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed June 7, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Andrew J. Harrell, Crawfordville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.  *Sims v. State*, 286 So. 3d 292 (Fla. 4th DCA 2019)(citing

*Wilson v. State*, 279 So. 3d 756 (Fla. 2d DCA 2019)); *Herard v. State*, 306

So. 3d 398 (Fla. 5th DCA 2020).

LAMBERT, C.J., WALLIS and WOZNIAK, JJ., concur.